01
02
03
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,          )
                                   )
          Plaintiff,               )     Case No. 05-472M
                                   )
     v.                            )
                                   )
JOSE ALFREDO VERDUZCO,             )     DETENTION ORDER
                                   )
          Defendant.               )
_____    )

Offenses charged:

     Count 1:  Possession of Methamphetamine with the Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(A)(viii).

     Count 2:  Possession of Cocaine with Intent to Distribute in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(ll).

     Count 3:  Use of a Firearm During and in Relation to a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A)(l).

Date of Detention Hearing: October 6, 2005.

     The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

     (1)     A detainer has been placed on defendant by Immigration and Customs Enforcement.

DETENTION ORDER                                                    15.13
18 U.S.C. § 3142(i)                                             Rev. 1/91
PAGE 1

01      (2)    Defendant has stipulated to detention, due to the immigration detainer lodged

02  against him, but reserves the right to contest his continued detention if there is a change in

03  circumstances.

04      IT IS THEREFORE ORDERED:

05      (1)    Defendant shall be detained pending trial and committed to the custody of the

06               Attorney General for confinement in a correction facility separate, to the extent

07               practicable, from persons awaiting or serving sentences or being held in custody

08               pending appeal;

09      (2)    Defendant shall be afforded reasonable opportunity for private consultation with

10               counsel;

11      (3)    On order of a court of the United States or on request of an attorney for the

12               government, the person in charge of the corrections facility in which defendant

13               is confined shall deliver the defendant to a United States Marshal for the purpose

14               of an appearance in connection with a court proceeding; and

15      (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

16               counsel for the defendant, to the United States Marshal, and to the United States

17               Pretrial Services Officer.

18

19      DATED this 7th day of October, 2005.

20

21                                         JAMES P. DONOHUE
                                     United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER                                 15.13
18 U.S.C. § 3142(i)                                   Rev. 1/91
PAGE 2