Judge Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.   CR06-0168JCC |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | STIPULATION TO CONTINUE TRIAL |
| ) | |
| JOSE ALFREDO VERDUZCO, ) | |
| ) | |
| Defendant. ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, including, but not limited to the defendant's agreement to extend the time for trial, hereby makes the following findings of fact:

1.   The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).  In particular, the Court takes note of ongoing discussions with the DEA.

2.   The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation and that these factors outweigh the bests interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE  ORDERED that the trial date be continued from July 24, 2006, to October 30, 2006.

ORDER GRANTING STIPULATION TO CONTINUE TRIAL
United States v. Jose Alfredo Verduzco, CR06-0168JCC - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  IT IS FURTHER ORDERED that the period of time from July 11, 2006, up to and
2  including the new proposed trial date of October 30, 2006, shall be excludable time
3  pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq*. Pretrial motions shall be
4  due September 28, 2006.

DONE this 14th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ *C. Andrew Colasurdo*
C. ANDREW COLASURDO
Special Assistant United States Attorney
WA Bar #27449
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-4075
Fax:            (206) 553-0755
E-mail: Andy.Colasurdo@usdoj.gov


 (per telephonic approval)
JOHN CROWLEY
Attorney for Jose Alfredo Verduzco

ORDER GRANTING STIPULATION TO CONTINUE TRIAL
United States v. Jose Alfredo Verduzco, CR06-0168JCC - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970