Judge Coughenour

06-CR-00168-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                      )
             Plaintiff, )
                      )
       v. )
                      )
JOSE ALFREDO VERDUZCO, )
                      )
            Defendant. )

NO.  CR06-0168JCC

(PROPOSED) ORDER GRANTING
STIPULATION TO CONTINUE TRIAL

THE COURT having considered the stipulation of the parties, the records and files herein, including, but not limited to the defendant's agreement to extend the time for trial, hereby makes the following findings of fact:

1.    The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2.    The Court further finds that the ends of justice will be served by ordering a continuance in this case and that a continuance is necessary to insure effective trial preparation and that these factors outweigh the bests interests of the public in a more speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE  ORDERED that the trial date be continued from October 30, 2006, to January 8, 2007.

(PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE TRIAL
United States v. Jose Alfredo Verduzco, CR06-0168JCC - 1

1    IT IS FURTHER ORDERED that the period of time from October **30**, 2006, up

2   to and including the new proposed trial date of January **8**, 2007, shall be excludable

3   time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161, *et. seq.*

4        DONE this **24** day of October, 2006.

5

6

    JOHN C. COUGHENOUR
7   United States District Court Judge

8

9   Presented by:

10

11   *s/ C. Andrew Colasurdo*
     C. ANDREW COLASURDO
12   Special Assistant United States Attorney
     WA Bar #27449
13   United States Attorney's Office
     700 Stewart Street, Suite 5220
14   Seattle, WA 98101-1271
     Telephone: (206) 553-4075
15   Fax:        (206) 553-0755
     E-mail: Andy.Colasurdo@usdoj.gov
16

17   (per telephonic approval)
     John Crowley
18   Attorney for Jose Alfredo Verduzco

19

20

21

22

23

24

25

26

27

28   (PROPOSED) ORDER GRANTING STIPULATION TO CONTINUE TRIAL
     United States v. Jose Alfredo Verduzco, CR06-0168JCC - 2